IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 5:04CV00090 WRW

DOROTHY A. ROSHELL AND EARL LEE
ROSHELL, DECEASED                                                     DEFENDANTS

## ORDER CONFIRMING MARSHAL'S SALE

Now on this day there is presented to the Court the report of sale of the United States Marshal for the Eastern District of Arkansas, made pursuant to the judgment entered in the above-captioned case on April 29, 2004. It appears to the satisfaction of the Court that the time, terms and place of said sale were advertised as required by law in a newspaper regularly issued and having general circulation in Dallas County, Arkansas, for four consecutive weeks, the last publication being on May 14, 2008, and that the said sale was held at the Dallas County Courthouse, Fordyce, Arkansas, on May 29, 2008, at 10:00 a.m., in conformity with the judgment of this Court. At such sale Ramona J. Hearne, bid the sum of $9,200.00, and that being the highest and best bid offered, the property was then sold to Ramona J. Hearne.

IT IS, THEREFORE, ORDERED that the actions of the said United States Marshal in advertising and making such sale be, and the same are in all respects, approved by the Court, and the purchase price of $9,200.00, shall be paid to the United States of America, and the Department of Agriculture, Rural Development. The expense items reported by the United States Marshal in the amount of $176.41 and hereby approved by the Court.

The Marshal's Deed, submitted with his report of sale, has been approved as evidenced by an order separately entered in conformity with local practice, with copy of the Marshal's Deed

attached thereto. The Marshal is directed forthwith to deliver the deed to the purchaser named in his report of sale and that he be given possession of said property on demand. The Clerk of this Court is authorized and directed to issue proper writs of assistance upon application therefore, directed to the United States Marshal, who shall proceed to place the purchaser Ramona J. Hearne in possession of the property.

DATED: 7/21/08

_____
UNITED STATES DISTRICT JUDGE