A TRUE COPY I CERTIFY
James W. McCormack
Clerk
By: /s/ Martha Fugate, D.C.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          No. 5:04CV00090 WRW

DOROTHY A. ROSHELL AND EARL LEE
ROSHELL, DECEASED                                           DEFENDANTS

## ORDER APPROVING MARSHAL'S DEED

On this day Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Ramona J. Hearne as agent for the Ramona Jean Hearne Revocable Trust, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr. acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: 7/21/08

_____
UNITED STATES DISTRICT JUDGE



This Space Reserved for Recording Information

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 5:04-CV-00090 WRW pending in the United States District Court for the Eastern District of Arkansas, wherein UNITED STATES OF AMERICA was plaintiff and DOROTHY A. ROSHELL were defendants, a judgment was entered on April 29, 2004, directing the foreclosure of a certain mortgage executed by Dorothy A. Roshell to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on May 29, 2008, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale Ramona J. Hearne, was the highest and best bidder, bidding for said property the sum of $9,200.00, the property then being struck off to the said Ramona J. Hearne; and

WHEREAS, such sale was duly reported to the above described Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the

considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto the said Ramona Jean Hearne Revocable Trust, and its heirs and assigns forever, all of the right, title, interest, equity and estate of plaintiff, United States of America, and all defendants to this action in and to the following property situated in Dallas County, Arkansas, to wit:

> Commencing 150 feet South of the Southwest Corner of Block 2, Stover's Addition to Fordyce, and run east 150 feet; thence South 100 feet; thence West 150 feet, thence North 100 feet, being part of the Southeast Quarter of the Northeast Quarter (SE 1/4 NE 1/4) of Section Thirty-Four (34), Township Ten (10) South, Range Thirteen (13) West, in Dallas County, Arkansas.

TO HAVE AND TO HOLD the said property unto the said Ramona Jean Hearne Revocable Trust, and its heirs and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 15th day of July, 2008.

Robert G. Howard, Jr.
United States Marshal

PREPARED BY:
Richard M. Pence, Jr.
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS  )
                   )
COUNTY OF PULASKI  )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, United States Marshal for the Eastern District of Arkansas, who stated and acknowledged to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 15th day of July, 2008, set my hand and official seal as such Notary Public.

*Kimberly K. Squires*
Notary Public

My Commission Expires:

7-12-12