IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                           No. 5:04CV00090 WRW

DOROTHY A. ROSHELL AND
EARL LEE ROSHELL, DECEASED                                   DEFENDANTS

### ORDER OF DISTRIBUTION

On May 29, 2008, at 10:00 a.m., at the South entrance of the Dallas County Courthouse, Fordyce, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on April 29, 2004. At such sale, Ramona J. Hearne, was the highest and best bidder for the property, and the property was then sold to the said Ramona J. Hearne.

The United States Marshal received a check totaling $9,200.00, from Ramona J. Hearne for payment in full for the property. In accordance with the terms of the judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Rural Development, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR 72201 and notify Gwendolyn D. Hodge, Assistant United States Attorney by sending copy of same.

DATED: 7/21/08

_____
UNITED STATES DISTRICT JUDGE